David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net



FILED
AUG 29 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16 CR 00122 |
| Plaintiff, | EX PARTE APPLICATION FOR ORDER RECONVEYING DEED OF TRUST, DOCUMENT NUMBER 2016-0103398 |
| vs. | |
| ALFONSO ESPARZA, | |
| Defendant | |

Defendant, Alfonso Esparza, by and through his attorney of record, David Balakian, requests the following Deed Of Trust With Assignment of Rents, Document Number 2016-0103398, recorded August 8, 2016, be reconveyed and removed from this matter. A second and subsequent Deed Of Trust With Assignment of Rents was filed in this matter.

Date: August 27, 2016            Respectfully Submitted


                                 /s/ DAVID V. BALAKIAN
                                 David V. Balakian,
                                 Attorney for Defendant,
                                 ALFONSO ESPARZA

## **ORDER**

It is hereby ordered that the Deed Of Trust With Assignment of Rents, Document number 2016-0103398, recorded August 8, 2016, be reconveyed from the bond in this matter.

IT IS SO ORDERED

DATED: August 29, 2016

Magistrate Judge Sheila K. Oberto