David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **ALFONSO ESPARZA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16 CR 000122 DAD BAM |
| Plaintiff, | **(008)** |
| vs. | **ORDER AND STIPULATION MODIFYING CONDITIONS OF RELEASE** |
| ALFONSO ESPARZA, | |
| Defendant. | |

   THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of release shall be modified. Defendant Alfonso Esparza shall not be required to wear an ankle monitor and shall not be subject to a curfew. All other terms and conditions of release shall remain in full force and effect. Pretrial services have been contacted and agree to this request.

   //

   //

   //

| | |
|---|---|
| Dated: November 7, 2016 | /s/ DAVID BALAKIAN<br>David Balakian,<br>Attorney for Defendant,<br>ALFONSO ESPARZA |
| Dated: November 7, 2016 | /s/ MELANIE ALSWORTH<br>Melanie Alsworth,<br>Assistant U.S. Attorney<br><br>Stipulation has been agreed to by Ms. Alsworth. |

## ORDER

**IT IS SO ORDERED.**

Dated: **November 10, 2016**      /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE