McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00122 DAD |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE SENTENCING; AND ORDER |
| v. | DATE: December 3, 2018 |
| ALFONSO ESPARZA, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for sentencing on December 3, 2018.

2. The United States Probation Officer has requested that the sentencing be rescheduled so that he has adequate time to review the discovery and prepare Presentence Report. The parties have conferred and are available for sentencing on January 22, 2019 at 10:00 a.m.

3. The parties agree have agreed to the following schedule, and request that the Court order the following:

    (a) The sentencing hearing currently scheduled for December 3, 2018, should be rescheduled for January 22, 2019 at 10:00 a.m.;

    (b) The Presentence Referral Schedule should be amended as follows:

        (1) The draft Presentence Report should be made available to Defense

1

Counsel and the AUSA on December 3, 2018;

    (2) Informal objections are due to Probation and Opposing Counsel on December 17, 2018;

    (3) Objections must be filed with the Court and served on Probation and Opposing Counsel on December 31, 2018.

                Respectfully submitted,

Dated: October 18, 2018        McGREGOR W. SCOTT
                   United States Attorney

                  /s/ MELANIE L. ALSWORTH
                  MELANIE L. ALSWORTH
                  Assistant United States Attorney

Dated: October 18, 2018        /s/ DAVID BALAKIAN
                   DAVID BALAKIAN
                   Counsel for Defendant
                   ALFONSO ESPARZA

**ORDER**

IT IS HERBY ORDERED that the sentencing hearing be continued to January 22, 2019 and the deadlines for the PSI are as follows:

| | |
|---|---|
| Draft PSR provided to parties: | 12/03/2018 |
| Informal objections to Draft PSR: | 12/17/2018 |
| Formal objections and sentencing memo due: | 12/31/2018 |

IT IS SO ORDERED.

Dated: **October 22, 2018**            Dale A. Drozd
                   UNITED STATES DISTRICT JUDGE