MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CR-00122 DAD |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; AND ORDER |
| v. | DATE: January 22, 2019 |
| ALFONSO ESPARZA, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is currently set for sentencing on January 22, 2019.

2. The United States Probation Officer has requested that the sentencing be rescheduled so that he has adequate time to review the discovery and complete the Presentence Report. This request is due in part to the delay in providing complete discovery to the United States Probation Officer, and is further necessitated due his scheduled leave from December 17, 2018 through January 7, 2019. The parties have conferred and are available for sentencing on March 25, 2018.

3. The parties have agreed to the following schedule, and request that the Court order the

///

1

following:

    a)    The sentencing hearing currently scheduled for January 22, 2019 should be rescheduled for March 25, 2019 at 10:00 a.m.;

    b)    The Presentence Referral Schedule should be amended as follows:

(1) The Presentence Report

(2) should be made available to Defense Counsel and the AUSA on February 11, 2019;

(3) Informal objections are due to Probation and Opposing counsel on February 25, 2019; and

(4) Objections must be filed with the Court and served on Probation and Opposing Counsel on March 11, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 29, 2018    McGREGOR W. SCOTT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: November 29, 2018    /s/ DAVID BALAKIAN
DAVID BALAKIAN
Counsel for Defendant
ALFONSO ESPARZA

///

///

///

2

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing be continued to March 25, 2019, and the deadlines for the PSR are as follows:

    Draft PSR provided to parties:    February 11, 2019

    Informal objection to Draft PSR:    February 25, 2019

    Formal objections to PSR:    March 11, 2019

IT IS SO ORDERED.

    Dated: __November 29, 2018__            _/s/ Dale A. Drozd_
                                                            UNITED STATES DISTRICT JUDGE