David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **ALFONSO ESPARZA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00122-DAD-BAM |
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER** |
| vs. | |
| ALFONSO ESPARZA, | |
| Defendant. | |

Defendant, ALFONSO ESPARZA, by and through his attorney of record, David Balakian, hereby requests an order exonerating the outstanding property bond posted in this action. Deed of Trust number 20160104499, dated August 10, 2016, Trustor Nalene Esparza, an unmarried woman.

On March 25, 2019, sentence was imposed, whereby Defendant was ordered to serve 120 months in federal custody. At the sentencing hearing, Defendant was remanded into federal custody.

Accordingly, exoneration of bond and reconveyance is requested.

EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER - 1

Dated: April 1, 2019    /s/ DAVID BALAKIAN
David Balakian,
Attorney for Defendant,
ALFONSO ESPARZA

## **ORDER**

It appearing that defendant Alfonso Esparza has been remanded into custody in Case Number 1:16-CR-00122-DAD-BAM, bail is hereby ordered exonerated and the following property reconveyed:

Deed of Trust number 2016-0104499, dated August 10, 2016, Trustor Nalene Esparza, an unmarried woman.

IT IS SO ORDERED.

Dated: **April 2, 2019**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE