JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ALFONSO ESPARZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO ESPARZA,<br><br>Defendant. | No.  1:16-CR-0122-DAD-8<br><br>**ORDER TO SEAL DOCUMENTS** |

Upon application of the defendant Alfonso Esparza, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibit D to defendant's June 18, 2024  motion to reduce sentence (ECF No. 401) shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   **June 20, 2024**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE