PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO ESPARZA,<br><br>Defendant. | CASE NO.  1:16-CR-00122-DAD-BAM-8<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION; ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On June 18, 2024, the Defendant filed a motion for reduction in sentence.  Docket No. 401.  The Government's response is due August 19, 2024.

2. Counsel for the Government requests additional time to review documents recently received from BOP and finish drafting a proper response to the Defendant's motion.  The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

    a) The Government's response to the Defendant's motion for sentence reduction is to be filed on or before September 18, 2024;

STIPULATION RE BRIEFING SCHEDULE      1

    b) The Defendant's reply to the Government's response to be filed on or before October 2, 2024.

IT IS SO STIPULATED.

Dated: August 19, 2024         PHILLIP A. TALBERT
                  United States Attorney

                  /s/ KIMBERLY A. SANCHEZ
                  KIMBERLY A. SANCHEZ
                  Assistant United States Attorney

Dated: August 19, 2024         /s/ JOHN BALAZS
                  JOHN BALAZS
                  Attorney for Defendant
                  Alfonso Esparza

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

  a) The Government's response to the Defendant's motion, (Docket No. 401), is now due on or before September 18, 2024;

  b) The Defendant's reply to the Government's response, if any, is due on or before October 2, 2024.

IT IS SO ORDERED.

Dated: **August 19, 2024**         _/s/ Dale A. Drozd_
                  DALE A. DROZD
                  UNITED STATES DISTRICT JUDGE